ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
  donna.wittig@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC; FIESTA PARK HOMEOWNERS' ASSOCIATION;<br><br>Defendants. | Case No.: 2:15-cv-02381-GMN-VCF<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

Ditech Financial LLC, formerly known as Green Tree Servicing LLC ("Ditech"), and Federal National Mortgage Association ("Fannie Mae") hereby stipulate and agree to substitute Ariel E. Stern and Donna M. Wittig of Akerman, LLP as counsel for Ditech and Fannie Mae in the place and stead of Snell and Wilmer L.L.P.

Pursuant to Local Rule IA 10-6(c), Ditech and Fannie Mae request entry of an order by this Court approving this stipulation. Neither Ditech nor Fannie Mae believes any delay of discovery, trial, or any hearings will result from substitution. No trial setting has been made and no opposing parties have yet been served or appeared in this matter to date.

{37186855;1}

1

I hereby consent to the above substitution.

DATED this ___ day of January, 2016.

Ditech Financial LLC

By: Andrew Holm

Its: Authorized Signer

I hereby consent to the above substitution.

DATED this 22 day of January 2016.

Federal National Mortgage Association

By: Charlotte Kitz

Its: Assoc. Gen. Counsel

DATED this ___ day of January 2016.

SNELL & WILMER L.L.P.

Amy F. Sorenson, Esq.
Robin E. Perkins, Esq.
Wayne Klomp, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Former Attorneys for Plaintiff Ditech Financial LLC and Federal National Mortgage Association*

//
//
//
//
//
//
//
//
//

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{37186855;1}

2

I hereby accept the above substitution as attorney for Ditech and Fannie Mae in this action and acknowledge Local Rule IA 10-6 in so substituting.

Dated this 25th day of January, 2016.

AKERMAN LLP

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
*Attorneys for Plaintiff Ditech Financial LLC and Federal National Mortgage Association*

{37186855;1}

3

**IT IS HEREBY ORDERED** that the Stipulation to Substitute Attorneys is **GRANTED**.

Dated this 27th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE