Ariel Stern, Esq. (SBN 8276)
Donna M. Wittig, Esq. (SBN 11015)
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Tel: (702) 634-5000   Fax: (702) 380-8572
ariel.stern@akerman.com
donna.wittig@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC
and Federal National Mortgage Association*

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiff Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator on behalf of Fannie Mae,<br><br>Plaintiffs,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC; and FIESTA PARK HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | CASE NO.  2:15-cv-02381-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SFR INVESTMENT POOL 1, LLC'S MOTION TO DISMISS (ECF No. 20)**<br><br>**FIRST REQUEST** |

Plaintiffs Ditech Financial LLC, Federal National Mortgage Association, and Federal Housing Finance Agency (collectively the "Plaintiffs") and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through their undersigned counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadline for the Plaintiffs to file their response to SFR's Motion to Dismiss is extended from May 31, 2016 to June 13, 2016. SFR shall have until June 27, 2016 to file a reply.

1   This extension is appropriate because counsel for the parties are involved in dozens of
2   related cases pending in this District and in state court and are facing deadlines in many of these
3   cases as well.
4   This minimal extension of time will not prejudice any party and will not cause delay in
5   these proceedings.  This is the Plaintiffs' first request for an extension of time regarding their
6   response to SFR's Motion.
7   DATED this 25th day of May, 2016.

**AKERMAN LLP**

By:  /s/  Donna M. Wittig
    Ariel Stern, Esq. (SBN 8276)
    Donna M. Wittig, Esq. (SBN 11015)
    1160 Town Center Drive, Suite 330
    Las Vegas, NV 89144
    Tel: (702) 634-5000   Fax: (702) 380-8572
    ariel.stern@akerman.com
    donna.wittig@akerman.com
*Attorneys for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association*

**FENNEMORE CRAIG, P.C.**

By:  /s/  Leslie Bryan Hart
    Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501
    Tel: 775-788-2228   Fax: 775-788-2229
    lhart@fclaw.com; jtennert@fclaw.com
*Attorneys for Plaintiff Federal Housing Financing Agency*

**KIM GILBERT EBRON**

By:  /s/  Jacqueline A. Gilbert
    Howard C. Kim, Esq. (SBN 10386)
    Diana S. Cline Ebron, Esq. (SBN 10580)
    Jacqueline A. Gilbert, Esq. (SBN 10593)
    7625 Dean Martin Dr., Suite 110
    Las Vegas, NV  89139
    Tel: 702-485-3300 Fax: 702-485-3301
    howard@KGElegal.com
    diana@KGElegal.com,
    Jackie@KGElegal.com

*Attorneys for Defendant SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: May 27, 2016

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 25th day of May, 2016, a true and correct copy of the **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SFR INVESTMENT POOL 1, LLC'S MOTION TO DISMISS (ECF No. 20),** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct <u>paper</u> copy of the foregoing document was delivered via U.S. Mail.

Thomas E. McGrath     tmcgrath@tysonmendes.com,

                                        /s/   Pamela Carmon
                                        Pamela Carmon

11649967.1