ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       rex.garner@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, A NEVADA DOMESTIC LIMITED LIABILITY COMPANY,<br><br>Defendants. | Case No.: 2:15-cv-02381-GMN-VCF<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiffs Ditech Financial LLC and Federal National Mortgage Association (**Plaintiffs**) hereby provides notice Christine Parvan, Esq., is no longer associated with the law firm of Akerman LLP. **Plaintiffs** request Ms. Parvan be removed from the CM/ECF service list.

Akerman LLP will continue to represent **Plaintiffs** and requests Ariel Stern, Esq. and Rex Garner, Esq. receive all future notices.

Respectfully submitted, this 30th day of August, 2016.

**AKERMAN LLP**

{39195915;1}                                                                 1

/s/ *Ariel Stern*
ARIEL STERN, ESQ.
Nevada Bar No. 8276
REX GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association*

~~COURT APPROVAL~~

~~IT IS SO ORDERED.~~

Date: August 31, 2016



_____
UNITED STATES MAGISTRATE JUDGE

Ms. Parvan never made an appearnce in this case.  She is not on the CM/ECF service list.

IT IS HEREBY ORDERED that the Notice of Disassociation of Attorney (ECF No. 42) is DENIED as unnecessary.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 30th day of August, 2016, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Michael Hannon*
An employee of AKERMAN LLP

{39195915;1}                                     3