ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       brett.coombs@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC; FIESTA PARK HOMEOWNERS' ASSOCIATION;<br><br>Defendants. | Case No.: 2:15-cv-02381-GMN-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

Ditech Financial LLC, formerly known as Green Tree Servicing LLC ("**Ditech**"), and Federal National Mortgage Association ("**Fannie Mae**") by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of AKERMAN LLP. Ditech and Fannie Mae request that Ms. Wittig be removed from the Court's CM/ECF service list.

. . .

. . .

. . .

. . .

. . .

{39518633;1}              1

AKERMAN LLP will continue to represent Ditech and Fannie Mae and request that Ariel E. Stern and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 15th day of September, 2016.

        **AKERMAN LLP**

        /s/ *Brett M. Coombs*

Ariel E. Stern, Esq.
Nevada Bar No. 8276
Brett M. Coombs, Esq.
Nevada bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Plaintiff Ditech Financial LLC and Federal National Mortgage Association*

        **COURT APPROVAL**

IT IS SO ORDERED.

Date: 9-15-2016

UNITED STATES MAGISTRATE JUDGE

{39518633;1}

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on the 15th day of September, 2016, service of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmitted to all interested parties.

/s/ Josephine Washenko
An employee of Akerman LLP

{39518633;1}

3