UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>SFR INVESTMENTS POOL 1, LLC;<br><br>　　　　　　Defendant. | Case No.: 2:15-cv-2381-GMN-VCF<br><br>**ORDER** |

On August 23, 2016, the Court granted the parties' Stipulation to Stay pending Issuance of the Ninth Circuit's Mandate in *Bourne Valley Ct. Trust v. Wells Fargo Bank*, 832 F.3d 1154 (9th Cir. 2016).

With this Order, the Court clarifies that the stay shall remain in effect until the exhaustion of all appeals in *Bourne Valley Ct. Trust v. Wells Fargo Bank*.

Accordingly,

**IT IS HEREBY ORDERED** that this administrative STAY in this case shall remain in effect until the exhaustion of all appeals of *Bourne Valley Court Trust v. Wells Fargo Bank*, 832 F.3d 1154 (9th Cir. 2016).  Once exhaustion occurs, any party may move to lift the stay. Until that time, all proceedings in this action are stayed.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** without prejudice with leave to refile within twenty-one days after the stay is lifted.

**IT IS FURTHER ORDERED** that SFR Investments Pool 1, LLC ("SFR") shall care for, preserve, and maintain the Property.

**IT IS FURTHER ORDERED** that, beginning on April 28, 2017, the parties must file a joint status report updating the Court on the status of this case every one-hundred and eighty days. Along with the joint status report, SFR shall submit a statement affirming that all expenses necessary to maintain the property, including but not limited to, timely and full payment of all homeowners association assessments, property taxes, and property insurance premiums due and owing or past due at any time during the effective period of this Stay are current and up to date.

**IT IS FURTHER ORDERED** that this Order does not prevent the parties from continuing to engage in settlement conference negotiations with the assistance of the Magistrate Judge.

**DATED** this  28   day of October, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court