ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Federal National Mortgage Association &*
*Federal Home Loan Mortgage Corporation Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGATE COPROTATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; a Nevada Domestic Limited Liability Company,<br><br>Defendants. | Case No.: 2:15-cv-02381-GMN-NJK<br><br>**NOTICE OF DISASSOCIATION** |

PLEASE TAKE NOTICE that Federal National Mortgage Association and Federal Home Loan Mortgage Corporation Inc., hereby provides notice that Brett M Coombs, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

42311740;1

Akerman LLP continues to serve as counsel for Federal National Mortgage Association and Federal Home Loan Mortgage Corporation Inc., in this action. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and Donna M. Wittig, Esq. receive all future notices.

Respectfully submitted, this 13th day of July, 2017.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Federal National Mortgage Association & Federal Home Loan Mortgage Corporation Inc.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: July 14, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2

42311740;1