| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932) | Amy F. Sorenson, Esq. (SBN 12495) |
| John D. Tennert, Esq. (SBN 11728) | Erica J. Stutman, Esq. (SBN 10794) |
| FENNEMORE CRAIG, P.C. | Robin E. Perkins, Esq. (SBN 9891) |
| 300 E. Second St., Suite 1510 | Kelly H. Dove, Esq. (SBN 10569) |
| Reno, Nevada 89501 | SNELL & WILMER LLP |
| Tel: 775-788-2228 | 3883 Howard Hughes Parkway, Suite 1100 |
| lhart@fclaw.com; jtennert@fclaw.com | Las Vegas, NV 89169 |
| | Tel: (702) 784-5200 |
| *Attorneys for Plaintiff Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | asorenson@swlaw.com;estutman@swlaw.com; rperkins@swlaw.com; kdove@swlaw.com |
| | *Attorneys for Plaintiff Federal National Mortgage Association* |

(Admitted *Pro Hac Vice*)
John H. Maddock III, Esq.
Tennille J. Checkovich, Esq.
Michael W. Stark, Esq.
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: 804-775-1000
jmaddock@mcguirewoods.com
tcheckovich@mcguirewoods.com
mstark@mcguirewoods.com

*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Domestic Limited Liability Company,<br><br>Defendants. | CASE NO. 2:15-cv-02381-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 60)**<br><br>**FIRST REQUEST** |

Plaintiffs Federal Housing Finance Agency, as conservator of Freddie Mac, Federal Home Loan Mortgage Corporation ("Freddie Mac"), Federal National Mortgage Association ("Fannie Mae") (collectively, Plaintiffs"), and Defendant SFR Investment Pool I, LLC

14205056

1  ("Defendant"), hereby stipulate and agree as follows:

2      Plaintiffs may have an extension of time to file their Response to Defendant's Motion to

3  Dismiss filed on August 22, 2018 (ECF No. 60).  Currently, Plaintiffs' response is due on or

4  before September 5, 2018.  Plaintiffs request a two-week extension of time through September

5  19, 2018.

6      This is Plaintiffs' first request for an extension of time to file their Response to

7  Defendant's Motion to Dismiss.  Plaintiffs seek additional time due to the press of business as

8  …

9  …

10 …

11 …

12 …

13 …

14 …

15 …

16 …

17 …

18 …

19 …

20 …

21 …

22 …

23 …

24 …

25 …

26 …

27 …

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

14205056

2

counsel has deadlines in this matter as well as others. This extension is not intended to delay these proceedings, and granting Plaintiffs' request will not prejudice any party.

DATED this 29th day of August, 2018.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **SNELL & WILMER LLP** |
| By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228  Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com | By: /s/ Erica J. Stutman<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Robin E. Perkins, Esq. (SBN 9891)<br>Kelly H. Dove, Esq. (SBN 10569)<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200  Fax: 702-784-5252<br>asorenson@swlaw.com<br>estutman@swlaw.com<br>rperkins@swlaw.com<br>kdove@sw.law.com |
| *Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation* | *Attorneys for Plaintiff Federal National Mortgage Association* |
| **MCGUIREWOODS LLP** | **KIM GILBERT EBRON** |
| By: /s/ John H. Maddock<br>John H. Maddock III, Esq.<br>Tennille J. Checkovich, Esq.<br>Michael W. Stark, Esq.<br>(Admitted *Pro Hac Vice*) | By: /s/ Diana S. Ebron<br>Diana S. Ebron, Esq. (SBN 10580)<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Tel: 702-485-3300 Fax: 702-485-3301<br>diana@kgelegal.com |
| *Attorneys for Plaintiff Federal Home Loan Mortgage Corporation* | *Attorney for Defendant SFR Investments Pool 1, L.L.C.* |

**IT IS SO ORDERED**.

Dated this   30   day of August, 2018

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

14205056

3