# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL HOUSING FINANCE AGENCY, et al.,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC,

    Defendant(s).

Case No.: 2:15-cv-02381-GMN-NJK

**Order**

[Docket Nos. 76-77]

Pending before the Court is are stipulations to extend the deadlines to respond to the motions to stay discovery and for protective order. Docket Nos. 76, 77; *see also* Docket No. 70 (motion to stay discovery); Docket No. 71 (motion for protective order). For good cause shown, the stipulations to extend time are **GRANTED** and the responses to the above motions are due October 17, 2018.

IT IS SO ORDERED.

Dated: September 28, 2018

                                        Nancy J. Koppe
                                        United States Magistrate Judge