1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Domestic Limited Liability Company,<br><br>Defendant. | Case No. 2:15-cv-02381-GMN-VCF<br><br>**STIPULATION TO EXTEND REPLY AND RESPONSE DEADLINES (FIRST REQUEST)** |

SFR INVESTMENTS POOL 1, LLC ("SFR"), FEDERAL HOUSING FINANCE AGENCY ("FHFA"), FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and FEDERAL HOME LOAN MORTGAGE CORPORATION's ("Freddie Mac") stipulate as follows:

1. SFR filed its Motion to Dismiss [ECF No. 60] on August 22, 2018.
2. Plaintiffs' response to SFR's Motion to Dismiss was originally due on September 5, 2018. By stipulation of the parties [ECF No. 64], entered on August 30, 2018, the Plaintiffs' deadline to respond to SFR's Motion to Dismiss was continued to September 19, 2018.

- 1 -

3. Plaintiffs filed their Response to SFR's Motion to Dismiss [ECF No. 65] on September 19, 2018.

4. SFR's Reply in Support of its Motion to Dismiss is currently due September 26, 2018.

5. Plaintiffs filed their Motion for Summary Judgment [ECF No. 66] on September 19, 2018.

6. SFR's Response to Plaintiffs' Motion for Summary Judgment is currently due October 10, 2018.

7. Plaintiffs filed their Motion to Stay Discovery, or in the alternative, Motion for Protective Order [ECF No. 70 and 71] on September 21, 2018.

8. SFR's Response to Plaintiff's Motion to Stay Discovery, or in the alternative, Motion for Protective Order is currently due October 5, 2018.

9. The parties are engaging in settlement discussions and wish to further explore that option prior to expending potentially unnecessary additional resources toward the above referenced Motions.

10. As such, the parties stipulate that SFR's Reply in Support of its Motion to Dismiss, Response to Plaintiffs' Motion for Summary Judgment, and Response to Plaintiffs' Motion to Stay Discovery, or in the alternative, Motion for Protective Order shall be due on or before October 17, 2018.

…

…

…

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

This is SFR's first request for the extension of these deadlines and it is not made to cause delay or prejudice to any party. This extension will allow the parties additional time to explore settlement and allow SFR sufficient time to respond accordingly, if necessary.

| | |
|---|---|
| **KIM GILBERT EBRON** | **FENNEMORE CRAIG, P.C.** |
| By: /s/ *Jacqueline A. Gilbert*<br>Diana S. Ebron, Esq. (SBN 10580)<br>Jacqueline A. Gilbert, Esq. (SBN 10593)<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Tel: 702-485-3300 Fax: 702-485-3301<br>diana@kgelegal.com<br>jackie@kgelegal.com<br>*Attorney for SFR Investments Pool 1, LLC* | By: /s/ *Leslie Bryan Hart*<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228 Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br>*Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation*<br><br>AND |
| **SNELL & WILMER LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| By: /s/ *Erica J. Stutman*<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Robin E. Perkins, Esq. (SBN 9891)<br>Kelly H. Dove, Esq. (SBN 10569)<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200 Fax: 702-784-5252<br>asorenson@swlaw.com<br>estutman@swlaw.com<br>rperkins@swlaw.com<br>kdove@swlaw.com<br>*Attorneys for Plaintiff Federal National Mortgage Association* | Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br>(Admitted *Pro Hac Vice*)<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Tel: 202-942-5000 Fax: 202-942-5999<br>Asim.Varma@arnoldporter.com<br>Howard.Cayne@arnoldporter.com<br>Michael.Johnson@arnoldporter.com<br>*Attorneys for Federal Housing Financing Agency* |
| **MCGUIREWOODS LLP** | |
| By: /s/ *John H. Maddock III*<br>John H. Maddock III, Esq.<br>Tennille J. Checkovich, Esq.<br>Michael W. Stark, Esq.<br>(Admitted *Pro Hac Vice*)<br>*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation* | **IT IS SO ORDERED.**<br><br>Dated this 28 day of September, 2018.<br><br>_____<br>Gloria M. Navarro, Chief Judge<br>UNITED STATES DISTRICT COURT |

- 3 -