**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Domestic Limited Liability Company,<br><br>Defendant. | Case No. 2:15-cv-02381-GMN-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CMECF SERVICE LIST** |

Thomas E. McGrath, Esq. ("Mr. McGrath") respectfully moves this Court for removal from the electronic service list in the above-referenced matter. Mr. McGrath represented Defendant Fiesta Park Homeowners' Association ("Fiesta Park"), but Fiesta Park was terminated from this matter on June 6, 2016 (*see* Civil Docket for Case #: 2:15-cv-02381-GMN-NJK attached hereto). Mr. McGrath does not represent any other parties in this case.

///

///

///

///

///

///

///

1

1      As such, Mr. McGrath respectfully requests that this Court enter an Order removing him from the CMECF service list in this matter.

DATED this 2nd day of October 2018.

TYSON & MENDES LLP

*/s/ Thomas E. McGrath*
THOMAS E. MCGRATH
Nevada Bar No. 7086
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648

**IT IS SO ORDERED.**

DATED this __3rd__ day of October 2018

_____
United States Magistrate Judge

2