| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932) | Amy F. Sorenson, Esq. (SBN 12495) |
| John D. Tennert, Esq. (SBN 11728) | Erica J. Stutman, Esq. (SBN 10794) |
| FENNEMORE CRAIG, P.C. | Robin E. Perkins, Esq. (SBN 9891) |
| 300 E. Second St., Suite 1510 | Kelly H. Dove, Esq. (SBN 10569) |
| Reno, Nevada 89501 | SNELL & WILMER LLP |
| Tel: 775-788-2228 | 3883 Howard Hughes Parkway, Suite 1100 |
| lhart@fclaw.com; jtennert@fclaw.com | Las Vegas, NV 89169 |
| | Tel: (702) 784-5200 |
| *Attorneys for Plaintiff Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | asorenson@swlaw.com;estutman@swlaw.com; rperkins@swlaw.com; kdove@swlaw.com |
| | *Attorneys for Plaintiff Federal National Mortgage Association* |

(Admitted *Pro Hac Vice*)
John H. Maddock III, Esq.
Tennille J. Checkovich, Esq.
Michael W. Stark, Esq.
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: 804-775-1000
jmaddock@mcguirewoods.com
tcheckovich@mcguirewoods.com
mstark@mcguirewoods.com

*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,

Plaintiffs,

vs.

SFR INVESTMENTS POOL 1, LLC, a Nevada Domestic Limited Liability Company,

Defendants.

CASE NO. 2:15-cv-02381-GMN-~~VCF~~ NJK

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY (ECF NO. 70)**

**FIRST REQUEST**

Plaintiffs Federal Housing Finance Agency, as conservator of the Federal Home Loan Mortgage Corporation ("Freddie Mac") and Federal National Mortgage Association ("Fannie Mae"), Freddie Mac, and Fannie Mae (collectively, Plaintiffs"), and Defendant SFR Investment Pool I, LLC ("Defendant"), hereby stipulate and agree as follows:

14339263.1/038236.0001

Plaintiffs may have an extension of time to file their Reply in Support of their Motion to Stay Discovery, which was filed on September 21, 2018 (ECF No. 70). As a result of this Court's Order dated July 17, 2018 (ECF No. 59) establishing an expedited briefing schedule on all discovery motions, Plaintiffs' reply would be due two days after the filing of the Opposition, which would make it due on Friday, October 19, 2018. Plaintiffs request an extension of time through October 31, 2018 so that they can file a consolidated response in support of their Motion to Stay Discovery, along with their Opposition to Defendant's Countermotion to Stay Case (ECF No. 88).

This is Plaintiffs' first request for an extension of time to file their Reply in Support of their Motion to Stay Discovery, and granting this request will allow Plaintiffs to file a consolidated response, and will allow more efficient briefing on these pending motions. This extension is not intended to delay these proceedings, and granting Plaintiffs' request will not

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

14339263.1/038236.0001

2

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

prejudice any party.

DATED: October 19, 2018.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **SNELL & WILMER LLP** |
| By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228  Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br><br>*Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation* | By: /s/ Erica Stutman<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Robin E. Perkins, Esq. (SBN 9891)<br>Kelly H. Dove, Esq. (SBN 10569)<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200  Fax: 702-784-5252<br>asorenson@swlaw.com<br>estutman@swlaw.com<br>rperkins@swlaw.com<br>kdove@sw.law.com<br><br>*Attorneys for Plaintiff Federal National Mortgage Association* |
| **MCGUIREWOODS LLP** | **KIM GILBERT EBRON** |
| By:/s/John H. Maddock<br>John H. Maddock III, Esq.<br>Tennille J. Checkovich, Esq.<br>Michael W. Stark, Esq.<br>(Admitted *Pro Hac Vice*)<br><br>*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation* | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron, Esq. (SBN 10580)<br>Jacqueline A. Gilbert, Esq. (SBN 10593)<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Tel: 702-485-3300 Fax: 702-485-3301<br>diana@kgelegal.com<br>Jackie@kgelegal.com<br><br>*Attorney for Defendant SFR Investments Pool 1, L.L.C.* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 22, 2018