# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL HOUSING FINANCE AGENCY, et al.,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC,

    Defendant(s).

Case No.: 2:15-cv-02381-GMN-NJK

**Order**

[Docket No. 100]

Pending before the Court is Plaintiffs' emergency motion for protective order. Docket No. 100. The current deposition dates of January 4 and 7, 2019, are hereby **VACATED** pending resolution of the motion. The Court declines to hear the motion on an emergency basis. The motion shall be briefed pursuant to the schedule set out at Docket No. 59 and will be decided by the Court in the ordinary course.

IT IS SO ORDERED.

Dated: December 19, 2018

                                                         Nancy J. Koppe
                                                         United States Magistrate Judge