# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FEDERAL HOUSING FINANCE AGENCY, et al.,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC,

    Defendant(s).

Case No.: 2:15-cv-02381-GMN-NJK

**Order**

[Docket Nos. 103, 104]

On December 18, 2018, Plaintiffs filed an emergency motion for protective order. Docket No. 100. The Court vacated the subject deposition dates, and ordered that the motion would be decided by the Court in the ordinary course. Docket No. 101.

Now pending before the Court is SFR's motion to require the depositions to move forward as previously scheduled. Docket No. 104 at 6-7. Plaintiffs opposed the motion, and SFR filed a reply. Docket Nos. 106, 109. The Court treats the motion as one seeking reconsideration of the previous order vacating the depositions and ordering that the motion would be resolved in the ordinary course. A motion for reconsideration is disfavored and is appropriate in unusual circumstances not present here. *See* Local Rule 56-1. Accordingly, this motion is **DENIED**.

Also pending before the Court is SFR's motion to extend deadlines. Docket No. 103 at 7. Plaintiffs opposed the motion, and SFR filed a reply. Docket Nos. 107, 109. This motion is a single sentence seeking an extra 60 days to conduct the depositions that are subject of the protective order. *Id.* Discovery motions may be decided after the discovery cutoff, *see Gault v. Nabisco*

1

*Biscuit Co.*, 184 F.R.D. 620, 622 (D. Nev. 1999), and the Court discerns no reason why it should address a request to extend the discovery cutoff at this time. With respect to the dispositive motion deadline, that remains more than a month off and no explanation has been provided as to why an extension is required at this time. Accordingly, this motion is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: January 3, 2019

_____
Nancy J. Koppe
United States Magistrate Judge