# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL HOUSING FINANCE AGENCY, et al.,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC,

    Defendant(s).

Case No.: 2:15-cv-02381-GMN-NJK

**Order**

[Docket Nos. 100, 108]

Pending before the Court are two motions for protective order. Docket Nos. 100, 108. Those motions have been fully briefed. *See* Docket Nos. 102, 105, 111, 112 (corrected image), 113. The nub of the parties' dispute is whether SFR is entitled to discovery into the Enterprises' interest in the properties that are subject to this case. That same underlying dispute has been briefed in other filings that remain pending. *See, e.g.*, Docket No. 70.

Federal courts have broad discretion in controlling their dockets. *See, e.g.*, *Landis v. N. American Co.*, 299 U.S. 248, 254 (1936). It is not in the interest of efficiency to address the same or substantially similar arguments in the same case through several different motions. Given the procedural posture of this case, the Court hereby **STAYS** discovery on an interim basis pending resolution of the pending motion to stay discovery (Docket No. 70). *Cf. V5 Techs., LLC v. Switch, Ltd.*, 2017 U.S. Dist. Lexis 174971, at *2 (D. Nev. Oct. 23, 2017) (staying discovery on an interim basis pending resolution of a motion to stay discovery).

1

Accordingly, the motions for protective order are **DENIED** as moot.

IT IS SO ORDERED.

Dated: January 30, 2019

_____
Nancy J. Koppe
United States Magistrate Judge