DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Domestic Limited Liability Company,<br><br>Defendant. | Case No. 2:15-cv-02381-GMN-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

SFR INVESTMENTS POOL 1, LLC ("SFR"), FEDERAL HOUSING FINANCE AGENCY ("FHFA"), FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and FEDERAL HOME LOAN MORTGAGE CORPORATION's ("Freddie Mac") stipulate as follows:

1. SFR filed its Motion for Summary Judgment [ECF No. 117] on February 6, 2019.
2. Plaintiffs' Response to SFR's MSJ was originally due February 27, 2019.
3. After submission of a proposed Stipulation to extend Plaintiffs' Response deadline, the Court issued a minute order granting an extension to March 8, 2019. [ECF No. 119].
4. Plaintiffs filed their Response to SFR's Motion for Summary Judgment [ECF No. 120]

- 1 -

on March 8, 2019.

5. SFR's Reply in Support of its Motion to Summary Judgment is currently due March 22, 2019.

6. In order to afford sufficient time to respond to Plaintiffs' arguments in its Response [ECF No. 120], SFR requested, and Plaintiffs agreed, to allow SFR one additional week to file its Reply.

7. As such, the parties stipulate that SFR's Reply in Support of its Motion for Summary Judgment shall be due on or before March 29, 2019.

…

…

…

1  This is SFR's first request for the extension of this deadline and it is not made to cause
2  delay or prejudice to any party. This extension will allow SFR sufficient time to respond
3  accordingly.

| | |
|---|---|
| **KIM GILBERT EBRON**<br><br>By: /s/ *Jason G. Martinez*<br>Diana S. Ebron, Esq. (SBN 10580)<br>Jacqueline A. Gilbert, Esq. (SBN 10593)<br>Jason G. Martinez, Esq. (SBN 13375)<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Tel: 702-485-3300 Fax: 702-485-3301<br>diana@kgelegal.com<br>jackie@kgelegal.com<br>*Attorney for SFR Investments Pool 1, LLC* | **FENNEMORE CRAIG, P.C.**<br><br>By: /s/ *Leslie Bryan Hart*<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228 Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br>*Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation*<br><br>AND |
| **SNELL & WILMER LLP**<br><br>By: /s/ *Erica J. Stutman*<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Robin E. Perkins, Esq. (SBN 9891)<br>Kelly H. Dove, Esq. (SBN 10569)<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200 Fax: 702-784-5252<br>asorenson@swlaw.com<br>estutman@swlaw.com<br>rperkins@swlaw.com<br>kdove@swlaw.com<br>*Attorneys for Plaintiff Federal National Mortgage Association* | **ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br>(Admitted *Pro Hac Vice*)<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Tel: 202-942-5000 Fax: 202-942-5999<br>Asim.Varma@arnoldporter.com<br>Howard.Cayne@arnoldporter.com<br>Michael.Johnson@arnoldporter.com<br>*Attorneys for Federal Housing Financing Agency* |
| **MCGUIREWOODS LLP**<br><br>By: /s/ *John H. Maddock III*<br>John H. Maddock III, Esq.<br>Tennille J. Checkovich, Esq.<br>Michael W. Stark, Esq.<br>(Admitted *Pro Hac Vice*)<br>*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation* | |

**IT IS SO ORDERED.**

DATED this  25  of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

- 3 -