AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Federal Home Loan Mortgage Corporation, et al.,

                Plaintiff,

  v.

SFR Investments Pool 1, LLC,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-02381-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiffs Federal Home Loan Mortgage Corporation, Federal Housing Finance Agency, and Federal National Mortgage Association and against Defendant SFR Investments Pool 1, LLC.

3/31/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ Aaron Blazevich  
Deputy Clerk