# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: District of Nevada

U.S. District Court case number: 2:15-cv-02381-GMN-NJK

Date case was first filed in U.S. District Court: 12/14/2015

Date of judgment or order you are appealing: 03/30/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

SFR Investments Pool 1, LLC

Is this a cross-appeal?  ○ Yes  ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

7625 Dean Martin Drive

Suite 110

City: Las Vegas   State: NV   Zip Code: 89139

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Jacqueline A. Gilbert   **Date** Apr 29, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                                                  Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

SFR Investments Pool 1, LLC

Name(s) of counsel (if any):

Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq., Jason G. Martinez, Esq.

Address: 7625 Dean Martin Drive, Suite 110, Las Vegas, NV 89139

Telephone number(s): (702) 485-3300

Email(s): diana@kgelegal.com, jackie@kgelegal.com, jason@kgelegal.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Federal Housing Finance Agency

Name(s) of counsel (if any):

Leslie Bryan Hart and John D. Tennert of Fennemore Craig, P.C.; Michael A. F. Johnson of Arnold Porter Kaye Scholer LLP

Address: 300 E. Second St., Suite 1510, Reno, NV 89501; 601 Massachusetts Ave

Telephone number(s): (775) 788-2228; (202) 942-5180

Email(s): lhart@fclaw.com, jtennert@fclaw.com; michael.johnson@apks.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         1                                  Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Federal National Mortgage Association

Name(s) of counsel (if any):
Amy F. Sorenson, Erica J. Stutman, Robin E. Perkins, Kelly H. Dove

Address: 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169

Telephone number(s): (702) 784-5200

Email(s): asorenson@swlaw.com; estutman@swlaw.com; rperkins@swlaw.com;

Name(s) of party/parties:
Federal Home Loan Mortgage Corporation

Name(s) of counsel (if any):
Leslie Bryan Hart and John D. Tennert of Fennemore Craig, P.C.; John H. Maddock III, Tennille J. Checkovich, Michael W. Stark of McGuireWoods LLP

Address: 300 E. Second St., Suite 1510, Reno, NV 89501; 800 East Canal Street,

Telephone number(s): (775) 788-2228; (804) 775-1000

Email(s): lhart@fclaw.com, jtennert@fclaw.com; jmaddock@mcguirewoods.com

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                             2                                      Rev. 12/01/2018